IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-50-FL

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
BASURTO-RENTERAL PERSONAL PROPERTY,  )
SPECIFICALLY DESCRIBED AS:           )
AN H&R TWELVE (12) GAUGE SHOTGUN,    )
SERIAL NUMBER AZ517062;              )
AND ANY AND ALL ACCOMPANYING         )
AMMUNITION,                          )
                                     )
            Defendants.              )

---

## DEFAULT

---

Upon motion and proper showing by the attorney for the
plaintiff, the United States of America, default is hereby
entered against the defendants for having failed to appear,
plead, or otherwise defend as provided by Rule 55 of the Federal
Rules of Civil Procedure.

This the 6th day of June, 2016.

_Julie Richards Johnston_

JULIE RICHARDS JOHNSTON, Clerk
U. S. District Court
Eastern District of North Carolina